CLERK, U.S. DISTRICT COURT

FEB - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LANCE GALLARDO,

Plaintiff,

vs.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

Defendant.

)
)
)
)
)
)
)
)
)
)
)

SVW - SS

Case No. 2:11-cv-07381-JEM

**ORDER**

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.  Each party shall bear their own costs and expenses.

Dated this 8th day of February, 2012.

The Honorable Stephen V. Wilson

Order to Dismiss - 1